IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC MCCAIN, Petitioner, vs. SCOTT R. FRAKES, N.D.C.S Director; Respondent. | 8:18CV190<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Respondent's Motion to Seal Records. (Filing No. 11.) Respondent asks this court to enter an order pursuant to NECivR 7.5(a)(i) sealing a copy of all exhibits introduced into evidence at Petitioner's resentencing hearing on September 29, 2016, because the exhibits include sensitive and/or privileged information. Upon consideration,

IT IS ORDERED that Respondent's Motion to Seal Records (filing no. 11) is granted.

Dated this 12th day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge